**Entered on Docket
February 17, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
MATTHEW M. MCARTHUR (NV Bar #11649)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for    Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS
WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A,
AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB,
FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DEBORAH TORRES CRUZ,<br><br>        Debtor(s). | Bankruptcy Case No. BK-S-10-31899-bam<br>Chapter 7<br><br>WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER VACATING AUTOMATIC STAY<br>Date:   February 15, 2011<br>Time:  1:30 P.M. |

1   A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Bruce A. Markell, Ace Van Patten appearing on behalf of Secured Creditor.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by Secured Creditor, of all its rights in the subject property, generally described as 904 Domnus Lane #102, Las Vegas, Nevada 89144, and legally described as follows:

PARCEL I.

UNIT ONE HUNDRED TWO (102) IN BUILDING FOURTEEN (14) OF NORTH HALF OF PARCEL H-VILLAGE 3, A COMMON INTEREST OWNERSHIP (CONDOMINIUM) SUBDIVISION, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 78 OF PLATS, PAGE 65 RECORDED MARCH 21, 1997 IN BOOK 970321 AS DOCUMENT NO 01106 AND AS AMENDED BY MAP THEREOF IN BOOK 81 OF PLATS, PAGE 41 RECORDED SEPTEMBER 26, 1997 IN BOOK 970926 AS DOCUMENT NO. 01154 AND AMENDED BY THAT CERTAIN CERTIFICATE OF AMENDMENT RECORDED JUNE 16, 1998 IN BOOK 980616, AS DOCUMENT NO. 01254, AND AS ESTABLISHED IN THE COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATIONS OF EASEMENTS, RECORDED SEPTEMBER 29, 1997 IN BOOK 970929 AS DOCUMENT NO 02017 AND ANY AMENDMENTS THERETO, HEREINAFTER TO AS "THE DECLARATION".

PARCEL II

ONE (1) "ALLOCATED INTEREST", AS SET FORTH IN SECTION 1 2 OF "THE DECLARATION".

PARCEL III:

GARAGE UNIT TWENTY NINE (29) AS SHOWN BY THE ABOVE REFERENCED PLAT OF SAID SUBDIVISION

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED
_____   _____
MALIK W. AHMAD                JOSEPH B. ATKINS
DEBTOR(S) ATTORNEY            TRUSTEE

/././

/././

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved.

☐ Disapproved.

☐ Failed to respond.

☒ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Submitted by:

/s/ Ace Van Patten
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 11731
Attorney for WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB